AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NAYIB PEDRO RAMOS ORTEGA,

    Petitioner.

             **v.**

WARDEN, FOLKSTON ICE PROCESSING CENTER,

    Respondent.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:26-cv-694

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated June 10, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____

      HON. LISA GODBEY WOOD, JUDGE
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF GEORGIA

_____June 11, 2026_____
*Date*



John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020